UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| PARKS, LLC, | : |
| | : |
| Plaintiff, | : |
| v. | :  No. 5:15-cv-00946 |
| | : |
| TYSON FOODS, INC.; HILLSHIRE BRANDS COMPANY, | : |
| | : |
| Defendants. | : |

_____

# **O R D E R**

AND NOW, this 28th day of July, 2015, upon consideration of Plaintiff's Motion for Preliminary Injunction, ECF No. 5, for the reasons set forth in this Court's accompanying Memorandum Opinion, **IT IS ORDERED** that Plaintiff's Motion, ECF No. 5, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge