IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARKS, LLC. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 15-0946-JFL |
| TYSON FOODS, INC., and HILLSHIRE BRANDS COMPANY, | : |
| Defendants. | : |

**[PROPOSED] ORDER GRANTING EXPEDITED MOTION OF DEFENDANTS TYSON FOODS, INC. AND HILLSHIRE BRANDS COMPANY TO COMPEL PLAINTIFF TO PROVIDE PROPER RESPONSES TO DEFENDANTS' <u>FIRST RULE 33 AND RULE 34 DISCOVERY REQUESTS</u>**

This matter came before the Court on Defendants' Expedited Motion to Compel Plaintiff to Provide Proper Responses to Defendants' First Rule 33 and Rule 34 Discovery Requests. Having considered the parties' submissions, and all arguments being made, it is

ORDERED that Defendants' Motion is GRANTED and pursuant to Fed. R. Civ. P. 37(a)(3)(B), Plaintiff Parks, LLC is compelled as follows:

Within three days of this Order, Parks, LLC shall serve a complete document production, without objection other than based on attorney-client privilege or work product, as requested under Defendants' First Request for Production of Documents, served May 22, 2015; and

Within three days of this Order, Parks, LLC shall provide complete answers to Defendants' First Set of Interrogatories, served on May 22, 2015, without objection.

- 2 -

IT IS FURTHER ORDERED that Plaintiff shall pay Defendants' reasonable attorney's fees and expenses incurred in making their Motion to Compel, and Defendants may tender their fee and expense submission to the Court in five days' time.

Dated: _____, 2015   _____
　　　　　　　　　　　　　　Honorable Joseph F. Leeson, Jr.
　　　　　　　　　　　　　　United States Judge