IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TYSON FOODS, INC., and <br> HILLSHIRE BRANDS COMPANY, <br><br> Defendants. | Civil Action No. 5:15-cv-00946-JFL |

**STIPULATION OF NON-OPPOSITION AND AGREED ORDER
REGARDING CERTAIN MOTIONS *IN LIMINE***

Here now jointly come Plaintiff, Parks, LLC, and Defendants, Tyson Foods, Inc. and Hillshire Brands Company, through counsel, who stipulate and agree as follows with respect to the indicated motions *in limine* now pending before this Court:

**A.     Plaintiff's Motion *in Limine***

Plaintiff Parks, LLC's Motion *in Limine* to Exclude Irrelevant and Prejudicial Deposition Testimony (Dkt. No. 157)

Defendants do not oppose the part of this motion that requests exclusion of the deposition testimony of Karen Cahill of Super Bakery. Defendants otherwise intend to oppose the motion and Plaintiff's requested relief with respect to the two Baltimore depositions.

B.    **Defendants' Motions** *in Limine*

Defendants' Motion *in Limine* No. 1: Precluding References to Other Litigation Involving Defendants (Dkt. No. 158)

Plaintiff does not oppose this motion, provided that Defendants may refer without limitation to the instant litigation between the parties and the underlying TTAB proceeding between Sara Lee and Parks, LLC.

Defendants' Motion *in Limine* No. 3: Precluding Examination and Argument Regarding Certain Topics Confirmed as Irrelevant at Hillshire's Rule 30(b)(6) Deposition (Dkt. No. 160)

Plaintiff does not oppose this motion.

Defendants' Motion *in Limine* No. 6: Precluding References to the Trademark Trial and Appeal Board Opposition Proceeding Filed by The Park's Finest, LLC and the Settlement of That Case (Dkt. No. 163)

Plaintiff does not oppose this motion.

WHEREFORE, the parties agree that it is **ORDERED**

Plaintiff's Motion *in Limine* (Dkt. No. 157) is granted with respect to the deposition of Super Bakery's designee Karen Cahill;

Defendants' Motion *in Limine* No. 1 is granted, without limitation on Plaintiff's ability to reference the pending litigation between the parties in this docket or the underlying TTAB proceeding between them;

Defendants' Motion *in Limine* No. 3 is granted; and

Defendants' Motion *in Limine* No. 6 is granted.

SO ORDERED: _____
             Hon. Joseph F. Leeson, U.S. District Court Judge

#46025797_v1

Dated:  May 4, 2016

| | |
|---|---|
| /s/ Theodore H. Jobes | /s/ Mark H. Churchill |

James C. McConnon
Pennsylvania Atty. No. 13011
Alex R. Sluzas
Pennsylvania Atty. No. 39931
PAUL & PAUL
1717 Arch Street
Suite 3740
Philadelphia, PA  19103
Telephone:  215-568-4900

Ronald J. Shaffer
Pennsylvania Atty. No. 33621
Theodore H. Jobes
Pennsylvania Atty. No. 62165
FOX ROTHSCHILD LLP
200 Market Street, 20th Floor
Philadelphia, PA  19103
Telephone: 215-299-2000

*Attorneys for Plaintiff Parks, LLC*

Mark H. Churchill (admitted *pro hac vice*)
HOLLAND & KNIGHT, LLP
1600 Tyson Blvd., Suite 700
Tysons, VA 22102
Email: mark.churchill@hklaw.com
Telephone:  703-720-8094
Fax: 703-720-8610

John J. Dabney (admitted *pro hac vice*)
Mary D. Hallerman (admitted *pro hac vice*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC  20001
Email:  jdabney@mwe.com;
mhallerman@mwe.com
Telephone: 202-756-8000
Fax:  202-756-8087

Daniel T. Brier
MYERS, BRIER & KELLY
425 Spruce Street
Scranton, PA  18501-0551
Email: dbrier@mbklaw.com
Telephone:  570-342-6100

*Attorneys for Defendants Tyson Foods, Inc. and Hillshire Brands Company*

## **CERTIFICATE OF SERVICE**

I, Mark H. Churchill, hereby certify that a true and correct copy of the foregoing was served upon all counsel of record through the Court's CM/ECF system on this 4th day of May, 2016.

/s/Mark H. Churchill
Mark H. Churchill (admitted *pro hac vice*)
HOLLAND & KNIGHT, LLP
1600 Tyson Blvd., Suite 700
Tysons, VA 22102
Telephone:  703-720-8094
Email: mark.churchill@hklaw.com

#46025797_v1