UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARKS, LLC, : | |
| : | |
| Plaintiff, : | |
| v. : | No. 5:15-cv-00946 |
| : | |
| TYSON FOODS, INC.; HILLSHIRE : | |
| BRANDS COMPANY, : | |
| : | |
| Defendants. : | |

## JUDGMENT ORDER

AND NOW, this 10th day of May, 2016, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS ORDERED** as follows:

1. Defendants' Motion for Summary Judgment, ECF No. 124, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of each Defendant.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1