UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARKS, LLC, <br><br> Plaintiff <br> v. <br><br> TYSON FOODS, INC. and HILLSHIRE BRANDS COMPANY, <br><br> Defendants | No. 5:15-cv-00946 |

# **O R D E R**

And now, this 17th day of August, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** that the Motion of Defendants Tyson Foods, Inc. and Hillshire Brands Company for Attorneys' Fees and Costs, ECF No. 184, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge